**Order entered August 27, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00835-CV

## ECLAT PRIVATE EQUITY, INC. ET AL., Appellants

## V.

## HASSAN PARSA, Appellee

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-05093

## ORDER

The Court **REINSTATES** the appeal.

On August 15, 2014, we abated the appeal due to the filing of bankruptcy by appellee. In response to our August 12, 2015 letter inquiring about the status of the bankruptcy proceedings, we received correspondence stating that the bankruptcy court has confirmed appellee's Plan of Reorganization and the appeal may proceed.

At the time the appeal was abated, the record and briefs had been filed. Accordingly, we **DIRECT** the Clerk to set the case at issue as of the date of this order. The appeal will be submitted in due course.

/s/     CAROLYN WRIGHT
          CHIEF JUSTICE